**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QINGZHE XU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | CASE NO. 5:26-cv-06865-SK<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.[1]

DATED: November 18, 2026

STEVE KIM
United States Magistrate Judge

[1] The court retains jurisdiction over any successive § 2241 petition alleging that petitioner is being held in on custody within this district in violation of federal law. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).